**104**

Nancy C. GUYTON,
Petitioner/Respondent,

v.

Fred F. GUYTON, Jr.,
Respondent/Appellant.

No. ED 80107.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 10, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 18, 2002.

Application for Transfer Denied
Jan. 28, 2003.

Jeffery Thomas McPherson, Law Firm
of Armstrong, Teasdale, Schlafly, Davis &
Dicu, St. Louis, MO, for appellant.

Mark Howard Kruger, Law Firm of
Kruger & Benoit, LLC, Clayton, MO, for
respondent.

Before WILLIAM H. CRANDALL,
JR., P.J., SHERRI B. SULLIVAN, J., and
GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Fred F. Guyton, Jr. (Husband) appeals
from the trial court's judgment denying his
Motion to Set Aside Consent Judgment.
We have reviewed the briefs of the parties
and the record on appeal and find that the
trial court did not abuse its discretion in
refusing to set aside the Consent Judg-
ment. *Boillot v. Conyer*, 826 S.W.2d 95,
97 (Mo.App. E.D.1992). An extended
opinion would have no precedential value.
We have, however, provided a memoran-
dum setting forth the reasons for our deci-
sion to the parties for their use only. We

affirm the judgment pursuant to Missouri
Rule of Civil Procedure 84.16(b).